UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
__USA__,
                  Plaintiff(s),

v.

__Magnaldi__,
                  Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

__20 CR 90__ (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/re-scheduled for:

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

✓ Sentencing

on __6-19-__, 20__20__, at __2:30 p.m.__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __5/8/20__

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __4-16-__, 20__20__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge