**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 14, 2020

APPLICATION GRANTED
SO ORDERED:

/s/ VLB
Vincent L. Briccetti, U.S.D.J.
Dated: 5/14/20
White Plains, NY

Sentencing is adjourned to 8/26/2020 at 12:00 p.m.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2020

**BY ECF AND E-MAIL**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Michael Magnaldi*, 20 Cr. 90 (VB)

Dear Judge Briccetti:

The Government respectfully submits this letter, jointly and with the consent of defense counsel, to request an adjournment of defendant Michael Magnaldi's sentencing, currently scheduled for June 19, 2020 at 2:30 p.m., for approximately 60 days, or a date thereafter. Mr. Magnaldi is currently released on bail and lives out of state in Florida. The grounds of the request are the current pandemic and the health risk, for the foreseeable future, to Mr. Magnaldi and the public posed by his getting on an airplane or otherwise traveling from Florida to New York to attend this proceeding. For scheduling purposes, the parties are unavailable between August 3 and 14. Thank you for your consideration.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/ David R. Felton
David R. Felton
Assistant United States Attorney
Tel: (914) 993-1908

cc:   Patrick A. Mullin, Esq. (defense counsel) (by ECF and e-mail)